UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL C. MCGEE, | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. 07-2310 |
| | : (Judge Ricardo Urbina ) |
| v. | : |
| | : |
| DISTRICT OF COLUMBIA, | : |
| | : |
| Defendant. | : |

MOTION OF DISTRICT OF COLUMBIA
FOR AN EXTENSION OF TIME WITHIN WHICH TO RESPOND
TO PLAINTIFF'S COMPLAINT

Defendant, the District of Columbia, pursuant to Fed. R. Civ. P. 6(b)(1), by and through counsel, moves this honorable Court to extend the time within which to respond to plaintiff's complaint in the above-captioned case to February 22, 2008. Due to an inadvertent clerical error, the undersigned received the file for assignment on January 18, 2008. Additional time is needed for defendant's counsel to review the file, investigate the allegations and submit an appropriate response to the complaint. The additional time will not unduly delay this action. Rather, it is in the best interest of justice and judicial economy. The undersigned counsel was unable to reach counsel for plaintiff to obtain his consent prior to the filing of the motion. Undersigned counsel left a voicemail message for counsel for plaintiff.

Accordingly, for all the foregoing reasons, defendant requests that the time within which to respond to plaintiff's complaint be extended to February 22, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General, D.C.

GEORGE C. VALENTINE
Deputy Attorney General, D.C.


_/s/_____
KIMBERLY M. JOHNSON [435163]
Chief, General Litigation Sec. I
441th St., N.W.
6th Floor South
Washington, D.C. 20001
(202) 724-6636

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL C. MCGEE | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. 07-2310 |
| | : (Judge Ricardo Urbina ) |
| v. | : |
| | : |
| DISTRICT OF COLUMBIA, | : |
| | : |
| Defendant. | : |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF MOTION OF DEFENDANT FOR AN EXTENSION OF TIME WITHIN WHICH TO
<u>RESPOND TO PLAINTIFF'S COMPLAINT</u>

1. Fed. R. Civ. P. 6 (b) (1).

2. The record herein.

3. The reasons set forth in the motion.

          Respectfully submitted,

          PETER J. NICKLES
          Interim Attorney General, D.C.

          GEORGE C. VALENTINE
          Deputy Attorney General, D.C.
          Civil Litigation Division


          _/s/_____
          KIMBERLY M. JOHNSON [435163]
          Chief, General Litigation Sec. I
          441th St., N.W.
          6th Floor South
          Washington, D.C. 20001
          (202) 724-6636

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL C. MCGEE | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. 07-2310 |
| | : (Judge Ricardo Urbina ) |
| v. | : |
| | : |
| DISTRICT OF COLUMBIA, | : |
| | : |
| Defendant. | : |

ORDER

Upon consideration of the Motion of Defendant to Extend the Time Within Which to Respond to Plaintiff's Complaint, the Memorandum of Points and Authorities in Support thereto, any opposition by the plaintiff, and the record herein, it is this ____ day of _____, 2008,

ORDERED, that the motion be, and the same hereby is GRANTED, and it is,

FURTHER ORDERED: that the Defendant shall file a response to plaintiffs' Complaint no later than February 22, 2008.

                             _____
                             RICARDO M. URBINA
                             U.S. DISTRICT COURT JUDGE

Cc: Kimberly Johnson
    Chief, General Litigation Section I
    441 4th Street, N.W., 6th Floor South
    Washington, D.C.  20001

    Sol Rosen, Esq.,
    2501 Calvert Street, N.W., #212
    Washington, D.C.  20008