United States District Court
For the District of Columbia

Samuel C. McGee

    V.                            Civil Action No. 07-2310

The District of Columbia

Unopposed Motion to Change Status Date

    The plaintiff moves this Court for an order continuing the status date from Monday, April 14,2008 to another date on the calendar of the court. Counsel for the plaintiff is unavailable that day as he has a trial scheduled for the Circuit Court of Fairfax County on that date. The defendant does not oppose the continuance.

                /Sol Rosen/
              Sol Z. Rosen Esq. #10967
              2501 Calvert Street NW #212
                Washington, D.C. 20008
                    (202) 296-8485
                  Fax(202) 296-9375

The Certificate of Service

    I certify that a copy of the above has been served on the office of counsel for the defendant by ECF and First Class mail on March 24,2008

                  /Sol Z. Rosen Esq./
                  Sol Z. Rosen Esq.

Case 1:07-cv-02310-RMU     Document 7     Filed 03/24/2008     Page 2 of 2

United States District Court
For the District of Columbia

Samuel C. McGee

V.                               Civil Action No. 07-2310

The District of Columbia

## ORDER

Upon consideration of the unopposed motion for a continuance of the status call, the same is granted. The parties will be notified of the new status date.

_____
Judge, United States District Court

Copies to;

Sol Z. Rosen Esq.
2501 Calvert Street NW #212
Washington, D.C. 20008


Darrell Chambers Esq.
Office of the Attorney General
441 Fourth Street NW
Sixth Floor South
Washington, D.C. 20001