UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL C. MCGEE )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>DISTRICT OF COLUMBIA )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 1:07-cv-02310 (RMU) |

## JOINT MEET AND CONFER STATEMENT

Pursuant to LCvR 16.3, the parties hereby submit their joint meet and confer statement.

1. At present, the parties are not aware of any other parties to be joined in this action. Whether some of the factual or legal issues can be agreed upon or narrowed will depend on the results of discovery.

2. The parties object to the assignment of this case to a Magistrate Judge except for purposes of settlement and mediation.

3. It is too early to determine if there is a realistic possibility of settling the case, but both parties are willing to discuss settlement after a reasonable period for discovery has elapsed.

4. It is too early to determine if any form of alternative dispute resolution would assist the parties in attempting to settle the case. The parties agree that discovery should not be stayed or limited pending alternative dispute resolution.

5. The parties agree that this matter would not be ripe for a dispositive motion until the conclusion of discovery. The parties propose a date for dispositive motions no less than sixty (60) days after the close of discovery.

6. The parties stipulate that they will dispense with the initial disclosures required by Fed.R.Civ.P. 26(a)(1).

7. The parties agree to limit the number of depositions to five (5) depositions per party. If discovery requires the exchange of confidential personnel information, the parties shall seek a protective order prior to disclosures. The parties agree to allow thirty (30) interrogatories and thirty (30) document requests for each named party. The parties propose that all discovery including answers to interrogatories, document production, responses to requests for admissions, and depositions, excluding expert depositions, be concluded by October 21, 2008.

8. The parties agree that plaintiff's Rule 26(a)(2) expert witness reports be filed on or before June 21, 2008, with defendant's initial report to be filed no later than July 21, 2008. The parties further agree that any exchange of supplemental expert reports shall occur thirty (30) days after the disclosure made by the other party.

9. Not applicable.

10. The parties agree at this time that neither discovery nor trial should be bifurcated or managed in phases, but neither party waives the right to later request bifurcation for trial purposes.

11. The parties propose the pretrial conference be scheduled sixty (60) days after dispositive motions are decided.

12. The parties agree that the trial date should be set at the pretrial conference.

Respectfully submitted,

PETER J. NICKELS
Interim Atty General for the District of Columbia

For Plaintiff:

/s/ Sol Z. Rosen
Sol Z. Rosen, Esquire #10967
2501 Calvert Street, N.W., #212
Washington, D.C. 20008
(202) 296-8485

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/S/ KIMBERLY M. JOHNSON
KIMBERLY M. JOHNSON [435163]
Chief, General Litigation Section I

/S/ Darrell Chambers
DARRELL CHAMBERS[1]
Assistant Attorney General
441 4TH Street, NW, Suite 600 South
Washington, D.C. 20001
202-724-6539
e-mail: darrell.chambers@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of APRIL, 2008, a copy of the foregoing Joint Meet and Confer Statement was served electronically upon:

Sol Z. Rosen, Esquire #10967
2501 Calvert Street, N.W., #212
Washington, D.C. 20008
Attorney for Plaintiff

/S/ Darrell Chambers
DARRELL CHAMBERS
Assistant Corporation Counsel

---

[1] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Darrell Chambers has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL C. MCGEE | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 1:07-cv-02310 (RMU) |
| DISTRICT OF COLUMBIA | ) |
| | ) |
| Defendant. | ) |
| | ) |

## PROPOSED SCHEDULING ORDER

UPON CONSIDERATION of the Parties' LCvR 16.3 Report and the entire record herein, it is this _____ day of _____, 2008, hereby,

ORDERED: that the joint status report is incorporated by reference herein and the following schedule shall govern this case:

| | |
|---|---|
| Exchange Witness Lists | June 1, 2008 |
| Plaintiff's Rule 26(b)(4) Statement(s) | June 21, 2008 |
| Defendants Rule 26(b)(4) | July 21, 2008 |
| Discovery Closed | October 21, 2008 |
| Motions Deadline | December 21, 2008 |
| Oppositions to Motions | January 21, 2009 |
| Replies | January 31, 2009 |
| Dispositive Motions Decided | March 23, 2009 |

4

The Court further notes that the Pretrial Conference will be scheduled 60 days after dispositive motions have been decided in this case. The Trial date will be scheduled at the Pretrial Conference.

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA