REFERRAL TO MAGISTRATE JUDGE

CATEGORY:     "H"

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | EMPLOYMENT DISCRIMINATION | | | |
|---|---|---|---|---|
| CASE NO:<br>C.A. 07-2310 | DATE REFERRED:<br>APRIL 22, 2008<br><br>DISPOSITION DATE: | PURPOSE:<br>SETTLEMENT DISCUSSIONS | JUDGE:<br>RICARDO M. URBINA | MAG. JUDGE<br>ALAN KAY |

| PLAINTIFF (S) :<br>SAMUEL C. McGEE | DEFENDANT(S) :<br>DISTRICT OF COLUMBIA |
|---|---|

ENTRIES:

Case referred to Magistrate Judge Alan Kay for settlement conference to be held on June 17, 2008, at 2:00 p.m.