# THE UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF COLUMBIA

Samuel C. McGee     )
            )
    Plaintiff,   )
   v.        )  **Case No. 1:07-cv-02310- RMU**
            )  No Hearing Pending
District of Columbia    )
            )
    Defendant.  )

## MOTION TO FILE AMENDED COMPLAINT

NOW COMES, plaintiff, Samuel C. McGee with a motion to amend the complaint to remove defendant, United States.

The plaintiff remains convinced that the United States is a proper party, however it is not a necessary party and any delay in resolving the issue does not inure to the benefit of the plaintiff given the ongoing workplace harassment.

For cause the plaintiff respectfully refers the court to Fed.R.Civ.P. 15 et seq. The plaintiff has filed herewith the Amended Complaint.

Respectfully Submitted,

/s/
E. Scott Frison, Jr., Esq.
Bar No. 478092
1629 K., St., NW, Ste. 300
Washington, DC 20036
240-398-9283 (phone)
frisonlaw@aol.com

### Rule 7(m)

I HEREBY certify that this matter was discussed with counsel for the defendant, who did not object.

/s/
E. Scott Frison, Jr., Esq.

## Certificate of Service

I HEREBY certify that motion to file the Amended Complaint was served

via electronic filing on July 21, 2009.

/s/
E. Scott Frison, Jr., Esq.

# THE UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF COLUMBIA

Samuel C.  McGee      )
              )
      Plaintiff,  )
     v.       )  Case No. <u>1:07-cv-02310</u>- RMU
              )
District of Columbia     )
              )
      Defendant. )

## O R D E R

This matter having come by way of plaintiff's motion to file an amended

complaint, and there being no objection, it is HEREBY this _____ day of

_____, 2009 HEREBY

ORDERED that the Motion BE and the same is GRANTED.


           _____
           Judge
           U.S. District Court

3