# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAMUEL MCGEE, | : | |
| Plaintiff, | : | Civil Action No.:   07-2310 (RMU) |
| v. | : | Re Document No.:   31 |
| DISTRICT OF COLUMBIA, | : | |
| Defendant. | : | |

## ORDER

### DENYING THE PLAINTIFF'S MOTION FOR RELIEF UPON RECONSIDERATION

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 15th day of July, 2010, it is hereby

**ORDERED** that the plaintiff's motion for relief upon reconsideration is **DENIED**.

RICARDO M. URBINA
United States District Judge